UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    11/18/2025
```

VERONICA CERILLO,

                              Plaintiff,                          **25-CV-08390 (KPF)(SN)**

              -against-                                           **ORDER**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the recent lapse in government funding and pursuant to the Amended Standing

Order 25-mc-00433, all deadlines shall be extended by the number of days between September

30, 2025, and the restoration of federal funding. Absent further order by the Court, the deadline

for the parties to consent to my jurisdiction shall be extended to Wednesday, December 10, 2025.

Further, Defendant shall file the Electronic Certified Administrative Record by no later than

Tuesday, January 27, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            November 18, 2025